UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KROLL, INC. and KROLL ASSOCIATES, INC.,<br><br>                                  Plaintiffs,<br><br>     v.<br><br>FRANK L. HOLDER, FERRELL LAW, P.A., and FERRELL INVESTIGATIONS & SECURITY INC.,<br><br>                                  Defendants. | Case No.<br>06-CV-04657 (RJH)<br>ECF CASE<br><br>STIPULATION OF<br>SUBSTITUTION<br>OF COUNSEL |

**IT IS HEREBY STIPULATED**, by the undersigned as follows:

1.     Schlam Stone & Dolan LLP, 26 Broadway, New York, New York 10004, shall be substituted as counsel for Defendant Frank L. Holder in the above matter in place and instead of Ferrell Law, P.A., 201 S. Biscayne Boulevard, 34th Floor Miami Center, Miami, Florida 33131-4325.

2.     Facsimiles of signatures shall be considered as valid as originals, and this stipulation may be signed in counterparts.

Dated: New York, New York
       July 21, 2008

SCHLAM STONE & DOLAN LLP

By _____
    Jeffrey M. Eilender
26 Broadway
New York, New York 1004
(212) 344-5400
*Attorneys for Defendant Frank L. Holder*

By _____
    Frank L. Holder

FERRELL LAW, P.A.

By _____
    George G. Mahfood
201 S. Biscayne Boulevard
34th Floor Miami Center
Miami, FL 33131-4325
(305) 371-8585
*Attorneys for Ferrell Law, P.A. and Ferrell Security & Investigations, Inc.*

SO ORDERED

_____
U.S.D.J.
7/30/08