```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6-17-09.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

KROLL, INC. and KROLL          :
ASSOCIATES, INC.,
                               :
                Plaintiffs,        06 Civ. 4657 (RJH)(HBP)
                               :
    -against-                      ORDER
                               :
FRANK L. HOLDER,
                               :
                Defendant.
                               :
----------------------------------X

            PITMAN, United States Magistrate Judge:

            A conference having been held on this date during which

various discovery and other disputes were discussed, for the

reasons stated on the record in open court, it is hereby ORDERED

that:

            1.  Except for objections on the basis of privi-

            lege, defendant's objections to plaintiffs' first

            request for the production of documents are waived as a

            result of defendant's failure to serve objections in a

            timely manner.  No later than July 15, 2009, defendant

            shall produce (1) all responsive, non-privileged docu-

            ments, and (2) a schedule, that complies with both the

            Federal Rules of Civil Procedure and the Local Civil

            Rules, of all documents being withheld on ground of

            privilege.

2.   Plaintiffs' objections to defendant's Inter-
rogatory Nos. 14-16 and Document Requests Nos. 21 and
22 are sustained.

3.   Plaintiffs' objections to defendant's Document
Requests Nos. 28-39 are sustained without prejudice.

4.   Plaintiffs' objections to defendant's Inter-
rogatory No. 10 is overruled.  Plaintiffs are directed
to answer this interrogatory no later than July 15,
2009.

5.   Plaintiffs' objection that defendant's Inter-
rogatories Nos. 7 and 8 are premature at this time is
sustained.

6.   Plaintiffs' objection to defendant's Interrog-
atory No. 18 is sustained.

7.   Plaintiffs' objection to defendant's Document
Request No. 13 is overruled to the extent the request
seeks documents through May 2006.  Plaintiffs are
directed to produce responsive documents no later than
July 15, 2009.

8.   Defendant's objections to Document Requests
Nos. 1-3 and 7-9 in the subpoena to FTI are sustained.
In all other respects, defendant's objections are
overruled.

2

        9.   Messrs. Corcoran and Eilender are directed to
discuss the subject of settlement with their respective
clients and are to speak with each other, either by
telephone or in person, concerning the subject no later
than June 27, 2009.  Unless counsel advise that settle-
ment is not a reasonable possibility at this time, a
second settlement conference will be held on June 30,
2009 at 10:00 a.m. in Courtroom 18-A, United States
Courthouse, 500 Pearl Street, New York, New York
10007.

Dated:  New York, New York
        June 15, 2009

                              SO ORDERED


                              HENRY PITMAN
                              United States Magistrate Judge


Copies transmitted to:

Paul F. Corcoran, Esq.
Allie Lin, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, New York  10019

Jeffrey M. Eilender, Esq.
Samuel L. Butt, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, New York  10004


                          3