USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
KROLL, INC. and KROLL ASSOCIATES, INC.

              Plaintiffs,        06 Civ. 4657 (RJH)

  -against-                       STIPULATION AND
                                      ORDER OF DISMISSAL
FRANK L. HOLDER

              Defendant,

------------------------------------------X

       It having been reported to this Court that the above entitled action has been settled,

       It is, on this 13th day of July, 2009

       ORDERED that the above captioned matter be, and the same hereby is, discontinued with prejudice and without costs provided that within ~~thirty (30)~~ forty-five (45) JMC days of the date of this Order, the action may be reinstated for good cause shown.

Dated: New York, New York
       July 13, 2009

CONSENTED TO:

Davis & Gilbert, LLP

_____
By: Paul Corcoran, Esq.
Attorney for Plaintiffs

Schlam, Stone & Dolan, LLP

_____
By: Jeffrey Eilender, Esq.
Attorney for Defendant

Dated: New York, New York
       July 17, 2009

SO ORDERED:

_____
Hon. Richard J. Holwell
United States District Judge